1  David E. Bower SBN 119546
   **FARUQI & FARUQI, LLP**
2  10866 Wilshire Boulevard, Suite 1470
   Los Angeles, CA 90024
3  Telephone: 424-256-2884
   Facsimile: 424-256-2885
4  Email:  dbower@faruqilaw.com

5  *Attorneys for Proposed Lead Plaintiff*

6              **UNITED STATES DISTRICT COURT**

7              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 8  TODD AROSTEGUI, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:13-CV-2796 (CRB) |
| 9  | **ORDER** |
| 10              Plaintiff, | **GRANTING KHALED KHALAFALLAH'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| 11             v. | |
| 12  DYNAVAX TECHNOLOGIES CORPORATION, DINO DINA, and J. TYLER MARTIN, | |
| 13  | **CLASS ACTION** |
| 14              Defendants. | Judge:  Hon. Charles R. Breyer
Hearing Date:  September 27, 2013
Time:  10:00 A.M.
Courtroom:  #6 |
| 16 | Case No. CV 13-2947 (CRB) |
| 17  JOHN WEBB, Individually and on Behalf of All Others Similarly Situated, | |
| 18              Plaintiff, | |
| 19             vs. | |
| 20  DYNAVAX TECHNOLOGIES CORPORATION, DINO DINA and J. TYLER MARTIN, | |
| 21  | |
| 22              Defendants. | |

**ORDER GRANTING KHALED KHALAFALLAH'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

WHEREAS, a putative class action under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") was filed on June 18, 2013 in the Northern District of California; and

WHEREAS, in accordance with the provisions of Section 21D(a)(3)(A)(i) of the Exchange Act, on June 18, 2013, first-filed plaintiff Todd Arostegui published notice via *Business Wire*, a widely circulated national business-oriented wire service, advising class members of the pendency of the action, the claims asserted therein, the purported class period, and their right to move this Court to be appointed lead plaintiff; and

WHEREAS, pursuant to Section 21D of the Exchange Act, any purported class member or members desiring to be appointed lead plaintiff(s) was required to have filed a motion for such appointment on or before August 19, 2013; and

WHEREAS, Khaled Khalafallah ("Khalafallah") filed a timely motion to be appointed Lead Plaintiff; and

WHEREAS, Khalafallah has the largest financial interest in the relief sought by the Class and otherwise best satisfies the requirements of Section 21D of the Exchange Act and Rule 23 of the Federal Rules of Civil Procedure; and

WHEREAS, in accordance with Section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Khalafallah seeks approval of his selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the Class.

AND NOW THIS 27 day of September_____ 2013, the Court having considered the Motion of Khalafallah for (1) Consolidation; (2) Appointment as Lead Plaintiff; and (3) Approval of Lead Counsel and all supporting documents, it is hereby ORDERED as follows:

1

**ORDER GRANTING KHALED KHALAFALLAH'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

**CONSOLIDATION**

1. The motion of Khalafallah to consolidate the above-captioned actions ("Consolidated Action") is GRANTED.

2. Pursuant to Fed. R. Civ. P. 42(a), the Consolidated Action is to be consolidated for all purposes, including, without limitation, discovery, pretrial proceedings and trial.

3. Every pleading filed in the Consolidated Action shall bear the following caption:

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-------------------------------------x
In re: DYNAVAX TECHNOLOGIES          :    CA NO. CV 13-2796 (CRB)
CORPORATION SECURITIES LITIGATION    :
-------------------------------------x    CLASS ACTION
This Document Relates To:
-------------------------------------x
```

4. The file in Civil Action No. CV 13-2796 (CRB) shall constitute the master file for every action in the Consolidated Action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" in the caption. When a pleading applies only to some, but not all, of the actions the document shall list, immediately after the phrase "This Document Relates To:" the docket number for each individual action to which the document applies, along with the last name of the first listed plaintiff in that action.

5. All related actions subsequently filed in, or transferred to, this District shall be consolidated into the Consolidated Action. This Order shall apply to every such action, absent order of the Court. A party that objects to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order

2

**ORDER GRANTING KHALED KHALAFALLAH'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**

1   within ten days after the date on which a copy of this Order is mailed to the party's
2   counsel.
3        6.    This Order is entered without prejudice to the rights of any party to apply
4   for severance of any claim or action with good cause shown.

### LEAD PLAINTIFF

6        7.    The motion of Khalafallah to serve as Lead Plaintiff in the Consolidated
7   Action is GRANTED. Pursuant to Section 21D of the Exchange Act, 15 U.S.C. §78u-
8   4(a)(3)(B), Khalafallah is appointed as Lead Plaintiff for the putative Class.

### LEAD COUNSEL

10       8.    The motion of Khalafallah for approval of his counsel as Lead Counsel is
11  GRANTED.
12       Pursuant to Section 21D of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B)(v),
13  Faruqi & Faruqi, LLP is approved to serve the Lead Plaintiff and the Class as Lead
14  Counsel.
15  IT IS SO ORDERED.

17  DATED: September 27, 2013
18                              THE HONORABLE CHARLES R. BREYER
19                              UNITED STATES DISTRICT JUDGE

ORDER GRANTING KHALED KHALAFALLAH'S MOTION FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL