David E. Bower SBN 119546
FARUQI & FARUQI, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
Email: dbower@faruqilaw.com

Richard W. Gonnello (admitted *pro hac vice*)
Francis P. McConville (admitted *pro hac vice*)
Megan M. Sullivan (admitted *pro hac vice*)
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: rgonnello@faruqilaw.com
         fmcconville@faruqilaw.com
         msullivan@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DYNAVAX SECURITIES LITIGATION | Case No. CV 13 2796 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES** |
| This Document Relates To:<br><br>ALL ACTIONS | |

**STIP. AND ORDER ADJOURNING INITIAL CASE
MANAGEMENT CONFERENCE AND DEADLINES
CV 13 2796 CRB**

1    WHEREAS, on June 18, 2013, Plaintiff Todd Arostegui filed a putative class action complaint (the "Arostegui Action") against Defendants Dynavax Technologies Corporation, Dino Dina, and J. Tyler Martin ("Defendants") for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act");

WHEREAS, on June 18, 2013, the Court issued an order in the Arostegui Action setting certain discovery deadlines and an Initial Case Management Conference for Friday, October 4, 2013 at 8:30 a.m., in Courtroom 6, 17th floor, 450 Golden Gate Avenue, San Francisco, California;

WHEREAS, on June 26, 2013 a similar putative class action complaint was filed in this Court asserting the same or substantially similar claims against defendants, captioned *Webb v. Dynavax Technologies Corporation, et al.*, Case No. CV-13-2947-EJD;

WHEREAS, on August 19, 2013, Khaled Khalafallah ("Khalafallah") filed a motion seeking appointment as lead plaintiff that was subsequently unopposed by any member of the proposed class;

WHEREAS, on August 22, 2013, the Court entered an order consolidating the above-mentioned actions and setting a schedule for the filing of an amended pleading and responsive motions;

WHEREAS, a hearing on Khalafallah's unopposed motion for appointment as lead plaintiff is set for a hearing before this Court on Friday, September 27, 2013 at 10:00 a.m., in Courtroom 6, 17th floor, 450 Golden Gate Avenue, San Francisco, California;

WHEREAS, Defendants' counsel and Khalafallah's counsel met and conferred via telephone regarding the Court's June 18, 2013 order setting an Initial Case Management Conference and deadlines;

WHERAS, pursuant to 15 U.S.C. § 78u-4(b)(3)(B), the Private Securities Litigation Reform Act of 1995 imposes an automatic stay on discovery for all actions filed under Sections 10(b) and 20(a) of the Exchange Act, whereby all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, subject to certain exceptions;

1    WHEREAS, the time set in the Court's August 22, 2013 Order has not yet run for the Court appointed lead plaintiff to file an amended pleading or for Defendants to answer or otherwise respond thereto; and

    WHEREAS, the parties believe it is in the interest of judicial economy to adjourn the Initial Case Management Conference pending the appointment of a lead plaintiff, the filing of an amended pleading, and the resolution of any responsive motions;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the respective parties hereto, through their undersigned counsel of record, in the interests of judicial economy, the Court order as follows:

    1.    The Initial Case Management Conference and the related deadlines set forth in the Court's June 18, 2013 Order are hereby adjourned pending the resolution of any motions to dismiss filed by Defendants, at which time the Court shall set a new date for the Initial Case Management Conference and applicable deadlines.

    2.    No party is waiving any rights, claims, or defenses of any kind except as expressly stated herein, and the parties reserve the right to seek further extensions of time as circumstances may warrant.

    **IT IS SO STIPULATED**

| | | |
|---|---|---|
| 1 | Dated:   September 24, 2013 | **FARUQI & FARUQI, LLP** |
| 2 | | By:   /s/ Richard W. Gonnello |
| 3 | | David E. Bower SBN 119546 |
| | | 10866 Wilshire Boulevard, Suite 1470 |
| 4 | | Los Angeles, CA 90024 |
| | | Telephone: 424-256-2884 |
| 5 | | Facsimile: 424-256-2885 |
| | | Email:  dbower@faruqilaw.com |

Richard W. Gonnello (admitted *pro hac vice*)
Francis P. McConville (admitted *pro hac vice*)
Megan M. Sullivan (admitted *pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: rgonnello@faruqilaw.com
         fmcconville@faruqilaw.com
         msullivan@faruqilaw.com

*Attorneys for Khaled Khalafallah and [Proposed] Lead Counsel for the Class*

**COOLEY LLP**

By: /s/  Jeffrey M. Kaban

John C. Dwyer
Jeffrey M. Kaban
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: jdwyer@cooley.com
jkaban@cooley.com

**COOLEY LLP**
Ryan E. Blair
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: rblair@cooley.com

**COOLEY LLP**
Kathlyn A. Querubin
101 California Street, Fifth Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: kquerubin@cooley.com
*Counsel for Defendants Dynavax Technologies Corporation, Dino Dina and J. Tyler Martin*

**ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: September 24, 2013

**FARUQI & FARUQI LLP**

/s/ Richard W. Gonnello
Richard W. Gonnello
Attorneys for Plaintiffs
*Attorneys for Proposed Lead Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 27, 2013

_____
Hon. Charles R. Breyer
United States District Judge

4

**STIP. AND ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINES**
**CV 13 2796 CRB**