COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

COOLEY LLP
RYAN E. BLAIR (246724) (rblair@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420

COOLEY LLP
KATHLYN A. QUERUBIN (275085) (kquerubin@cooley.com)
101 California Street
Fifth Floor
San Francisco, CA 94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

Attorneys for Defendants
Dynavax Technologies Corporation,
Dino Dina, J. Tyler Martin, and Mark Kessel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: DYNAVAX TECHNOLOGIES CORPORATION SECURITIES LITIGATION | Case No.  3:13-cv-02796-CRB<br><br>**STIPULATED REQUEST AND  ORDER TO CHANGE THE TIME TO FILE MOTION TO DISMISS AND RELATED PAPERS AND TO INCREASE PAGE LIMITS** |
| This Document Relates To:<br><br>ALL ACTIONS. | CLASS ACTION |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1342723 v3/SF

1.

STIP. REQUEST & [PROPOSED] ORDER TO
CHANGE SCHED. OF MOT. TO DISMISS BRIEFING
13-CV-2796-CRB

Pursuant to Civil Local Rules 6-2 and 7-7(b)(2), Lead Plaintiff Khaled Khalafallah ("Lead Plaintiff") and Defendants Dynavax Technologies Corporation ("Dynavax"), Dino Dina ("Dina"), J. Tyler Martin ("Martin"), and Mark Kessel ("Kessel") (collectively, "Defendants" and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully stipulate and agree, subject to Court approval, to change the deadlines to file Defendants' Motion to Dismiss and Lead Plaintiff's response thereto. In support of this stipulation, the Parties state as follows:

## RECITALS

WHEREAS, on August 22, 2013, the Parties agreed to consolidate the matters, to postpone Defendants' response until after a Consolidated Class Action Complaint ("Consolidated Complaint") is filed, and to set a briefing schedule for the Consolidated Complaint and Defendants' response thereto (Dkt. No. 24);

WHEREAS on September 27, 2013, this Court appointed Lead Plaintiff (Dkt. No. 39);

WHEREAS, on November 12, 2013, Lead Plaintiff filed his Consolidated Complaint (Dkt. No. 47);

WHEREAS, pursuant to the briefing schedule entered on August 22, 2013, Defendants Dynavax, Dina, and Martin's Motion to Dismiss the Consolidated Complaint ("Motion to Dismiss") is currently due on December 27, 2013;

WHEREAS, the Consolidated Complaint names a new defendant, Mark Kessel;

WHEREAS, counsel for Defendants have agreed to waive service on behalf of Mr. Kessel;

WHEREAS, as a result of the waiver of service under Fed. R. Civ. P. 4(d)(3), Mr. Kessel's response to the Consolidated Complaint is not due until January 20, 2014;

WHEREAS, for purposes of judicial efficiency, the Parties agree that there should be a single date by which all Defendants respond to the Consolidated Complaint;

WHEREAS, as a result of the holidays and the naming of the new defendant, Defendants seek an extension to January 10, 2014 to file their Motion to Dismiss;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1342723 /SF

2.

STIP. REQUEST & [PROPOSED] ORDER TO
CHANGE SCHED. OF MOT. TO DISMISS BRIEFING
13-CV-2796-CRB

WHEREAS, the Parties met and conferred and Lead Plaintiff agrees to the extension;

WHEREAS, the Parties met and conferred and agreed to extend the date for Lead Plaintiff's opposition by fourteen days to March 10, 2014, and to extend the date for Defendants' reply brief by 10 days to April 9, 2014;

WHEREAS, adjusting the briefing schedule as requested by the Parties will not affect any other dates or deadlines in this matter;

WHEREAS, Civil Local Rule 7-2(b) provides that memoranda of points and authorities may not exceed 25 pages, but this Court's Standing Order provides that any such memoranda may not exceed 15 pages;

WHEREAS, given the length of the Consolidated Complaint, which spans 183 paragraphs over 67 pages, the scope of the putative class period, and the legal issues that must be addressed, the 15-page limit would prevent the Parties from adequately setting forth their arguments in support of and in opposition to the Defendants' Motion to Dismiss; and

WHEREAS, counsel for the Parties met and conferred to discuss page limits for the briefing of the Motion to Dismiss, and agreed that the page limits for both Defendants' opening brief in support of and Lead Plaintiff's opposition to the Motion to Dismiss should be increased to 25 pages.

**STIPULATION**

NOW, THEREFORE, the Parties stipulate, subject to Court approval, as follows:

1. The briefing schedule for the Motion to Dismiss and related papers be amended as follows:

   - Deadline for Defendants to file Motion to Dismiss and all related papers: January 10, 2014;

   - Deadline for Lead Plaintiff to file opposition and all related papers: March 10, 2014; and

   - Deadline for Defendants to file reply and all related papers: April 9, 2014.

2. Defendants' opening brief in support of their Motion to Dismiss shall not exceed

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1342723 /SF

3.

STIP. REQUEST & [PROPOSED] ORDER TO
CHANGE SCHED. OF MOT. TO DISMISS BRIEFING
13-CV-2796-CRB

25 pages in length;

      3. Lead Plaintiff's opposition to Defendants' Motion to Dismiss shall not exceed 25 pages in length;

**IT IS SO STIPULATED.**

**Faruqi & Faruqi LLP**

DATED: November 25, 2013     By: /s/ Richard W. Gonnello
Richard W. Gonnello (admitted *pro hac vice*)
Francis P. McConville (admitted *pro hac vice*)
Megan M. Sullivan (admitted *pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: rgonnello@faruqilaw.com
       fmcconville@faruqilaw.com
       msullivan@faruqilaw.com

David E. Bower (119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: dbower@faruqilaw.com

*Counsel for Lead Plaintiff Khaled Khalafallah*

**COOLEY LLP**

DATED: November 25, 2013     By: /s/ Jeffrey M. Kaban
John C. Dwyer
Jeffrey M. Kaban
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: jdwyer@cooley.com
       jkaban@cooley.com

**COOLEY LLP**
Ryan E. Blair
4401 Eastgate Mall
San Diego, CA 92121-1909

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1342723 /SF

4.    STIP. REQUEST & [PROPOSED] ORDER TO
CHANGE SCHED. OF MOT. TO DISMISS BRIEFING
13-CV-2796-CRB

Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: rblair@cooley.com

**COOLEY LLP**
Kathlyn A. Querubin
101 California Street, Fifth Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: kquerubin@cooley.com

*Counsel for Defendants*
*Dynavax Technologies Corporation,*
*Dino Dina, J. Tyler Martin, and Mark Kessel*

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: November 25, 2013          COOLEY LLP

/s/ Jeffrey M. Kaban
Jeffrey M. Kaban (235743)
Counsel for Defendants
Dynavax Technologies Corporation,
Dino Dina J. Tyler Martin, and Mark Kessel

## ORDER

Pursuant to the foregoing stipulation, and good cause appearing, **IT IS SO ORDERED**.

DATED: December 9, 2013

Honorable Charles R. Breyer
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer (seal, Northern District of California)*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1342723 /SF

5.

STIP. REQUEST & [PROPOSED] ORDER TO
CHANGE SCHED. OF MOT. TO DISMISS BRIEFING
13-CV-2796-CRB