COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
RYAN E. BLAIR (246724) (rblair@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

COOLEY LLP
KATHLYN A. QUERUBIN (275085) (kquerubin@cooley.com)
101 California Street
Fifth Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendants
Dynavax Technologies Corporation,
Dino Dina, J. Tyler Martin, and Mark Kessel

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: DYNAVAX TECHNOLOGIES CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No.  3:13-cv-02796-CRB<br><br>**STIPULATED REQUEST AND ORDER TO AMEND THE COMPLAINT AND TO SET A BRIEFING SCHEDULE FOR THE MOTION TO DISMISS**<br><br><u>CLASS ACTION</u> |

Pursuant to Civil Local Rules 6-2 and 7-7(b)(2), Lead Plaintiff Khaled Khalafallah ("Lead Plaintiff") and Defendants Dynavax Technologies Corporation ("Dynavax"), Dino Dina ("Dina"), J. Tyler Martin ("Martin"), and Mark Kessel ("Kessel") (collectively, "Defendants" and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, respectfully stipulate and agree, subject to Court approval, to permit Plaintiff to amend his Consolidated Claim Action Complaint ("CAC") and to set a briefing schedule for Defendants' motion to dismiss such amended complaint. In support of this stipulation, the Parties state as follows:

**RECITALS**

WHEREAS, on November 12, 2013, Lead Plaintiff filed his CAC (Dkt. No. 47);

WHEREAS, Defendants filed a Motion to Dismiss the CAC ("Motion to Dismiss") on January 10, 2014 (Dkt. No. 54);

WHEREAS, Lead Plaintiff filed an Opposition to the Motion to Dismiss on March 10, 2014 that referred to an exhibit and other information which was not included in the CAC (*see, e.g.*, Dkt. No. 60 at 1 n.2 & 11 n.7);

WHEREAS, the Parties met and conferred and agree that, in the interests of the Parties and judicial economy, Lead Plaintiff should be permitted to amend the CAC and file such amended complaint (the "Amended Complaint") on or before April 7, 2014;

WHEREAS, the Parties agree that Defendants' Motion to Dismiss the Amended Complaint should be filed on May 12, 2014, 35 days after the filing of the Amended Complaint; Lead Plaintiff's Opposition to the Motion to Dismiss the Amended Complaint should be filed on June 16, 2014, 35 days after the filing of the Motion to Dismiss the Amended Complaint; and Defendants' Reply in Support of the Motion to Dismiss the Amended Complaint should be filed on July 11, 2014, 25 days after the filing of the Opposition to the Motion to Dismiss the Amended Complaint.

WHEREAS, the Parties agree that the hearing on the Motion to Dismiss currently scheduled for May 2, 2014 should be vacated and that they will meet and confer on a new hearing date for the Motion to Dismiss the Amended Complaint, subject to the Court's availability.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIP. & [PROPOSED] ORDER TO AMEND THE
CAC AND TO SET A BRIEFING SCHEDULE
13-CV-2796-CRB

**STIPULATION**

NOW, THEREFORE, the Parties stipulate, subject to Court approval, as follows:

1. Lead Plaintiff shall file his Amended Complaint no later than April 7, 2014;

2. The deadline for Defendants to file their Motion to Dismiss the Amended Complaint and all related papers shall be on May 12, 2014;

3. The deadline for Lead Plaintiff to file his Opposition to the Motion to Dismiss the Amended Complaint and all related papers shall be June 16, 2014;

4. The deadline for Defendants to file their Reply in Support of the Motion to Dismiss the Amended Complaint and all related papers shall be July 11, 2014; and

5. The hearing on the Motion to Dismiss currently scheduled for May 2, 2014 should be vacated and the parties will meet and confer on a new hearing date for the Motion to Dismiss the Amended Complaint, subject to the Court's availability.

**IT IS SO STIPULATED.**

**Faruqi & Faruqi LLP**

DATED: March 25, 2014

By: /s/ Richard W. Gonnello
Richard W. Gonnello (admitted *pro hac vice*)
Francis P. McConville (admitted *pro hac vice*)
Megan M. Sullivan (admitted *pro hac vice*)
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email:  rgonnello@faruqilaw.com
        fmcconville@faruqilaw.com
        msullivan@faruqilaw.com

David E. Bower (119546)
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
Email: dbower@faruqilaw.com

*Counsel for Lead Plaintiff Khaled Khalafallah*

DATED: March 25, 2014

**COOLEY LLP**

By: /s/ Jeffrey M. Kaban
John C. Dwyer
Jeffrey M. Kaban
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
Email: jdwyer@cooley.com
           jkaban@cooley.com

**COOLEY LLP**
Ryan E. Blair
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: rblair@cooley.com

**COOLEY LLP**
Kathlyn A. Querubin
101 California Street, Fifth Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: kquerubin@cooley.com

*Counsel for Defendants*
*Dynavax Technologies Corporation,*
*Dino Dina, J. Tyler Martin, and Mark Kessel*

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  March 25, 2014         COOLEY LLP

/s/ Jeffrey M. Kaban
Jeffrey M. Kaban (235743)
Counsel for Defendants
Dynavax Technologies Corporation,
Dino Dina J. Tyler Martin, and Mark Kessel

**ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, **IT IS SO ORDERED**.

DATED: _March 28, 2014

_____
Honorable Charles R. Breyer
United States District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*