Patrick D. Robbins (SBN 152288)
Emily V. Griffen (SBN 209162)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone:    (415) 616-1100
Facsimile:    (415) 616-1199
Email: probbins@shearman.com
       egriffen@shearman.com

Attorneys for Defendants Symphony Capital Partners, L.P., Symphony Capital GP, L.P., Symphony GP, LLC, and Symphony Strategic Partners, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DYNAVAX TECHNOLOGIES CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:13-cv-02796-CRB<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT TO FEBRUARY 20, 2015**<br><br>Judge: Hon. Charles R. Breyer |

Lead Plaintiff Khaled Khalafallah ("Lead Plaintiff") and Defendants Dynavax Technologies Corporation, Dino Dina, J. Tyler Martin, Mark Kessel, Symphony Capital Partners, L.P., Symphony Capital GP, L.P., Symphony GP, LLC, and Symphony Strategic Partners, LLC (together, the "Parties") hereby stipulate as follows:

WHEREAS, Lead Plaintiff filed a second amended class action complaint (the "Complaint" on September 10, 2014 (Dkt. No. 93);

WHEREAS, Defendants filed motions to dismiss the Complaint on October 10, 2014, and set the hearing on the motions for December 19, 2014 (Dkt. Nos. 97 & 99);

WHEREAS, Lead Plaintiff opposed the motions to dismiss, which are now fully briefed;

WHEREAS, on December 15, 2014, the Court continued the hearing on the motions to dismiss to January 23, 2015 at 10:00 a.m. (Dkt. No. 113);

WHEREAS, counsel for certain of the Defendants is unavailable on January 23, 2015; and

WHEREAS, the Parties have agreed to continue the hearing on the motions to dismiss to February 6, 2015 at 10:00 a.m.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that,

1.        The hearing on Defendants' motions to dismiss the Complaint is continued to February 20, 2015 at 10:00 a.m.

Dated: December 18, 2014					SHEARMAN & STERLING LLP

							By:    /s/ Emily V. Griffen
								Emily V. Griffen

							Attorneys for Defendants Symphony Capital
							Partners, L.P., Symphony Capital GP, L.P.,
							Symphony GP, LLC, and Symphony Strategic
							Partners, LLC

							COOLEY LLP

							By:    /s/ Jeffrey M. Kaban
								Jeffrey M. Kaban

							Attorneys for Defendants Dynavax Technologies
							Corporation, Dino Dina, J. Tyler Martin and Mark
							Kessel

1
2                                          FARUQI & FARUQI, LLP

3                                          By:    /s/ Richard W. Gonnello
4                                                    Richard W. Gonnello

5                                          Attorneys for Lead Plaintiff Khaled Khalafallah

6
7
8                                          *  *  *
9
10
         PURSUANT TO STIPULATION, IT IS SO ORDERED.
11
12
13
     DATED: January 6, 2015
14                                         _____
                                           Hon. Charles R. Breyer
15



16
17
18
19
20
21
22
23
24
25
26
27
28