Patrick D. Robbins (State Bar No. 152288)
Emily V. Griffen (State Bar No. 209162)
Alethea M. Sargent (State Bar No. 288222)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone:      (415) 616-1100
Facsimile:       (415) 616-1199
Email: probbins@shearman.com
            egriffen@shearman.com
            alethea.sargent@shearman.com

Attorneys for Defendants Symphony Capital Partners, L.P., Symphony Capital GP, L.P., Symphony GP, LLC, Symphony Strategic Partners, LLC and Mark Kessel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re DYNAVAX TECHNOLOGIES CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 3:13-cv-02796-CRB<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON SYMPHONY'S MOTION TO CERTIFY FEBRUARY 20, 2015 ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(B) TO JUNE 5, 2015**<br><br>Judge:  Hon. Charles R. Breyer |
|---|---|

Lead Plaintiff Khaled Khalafallah ("Lead Plaintiff") and Defendants Symphony Capital Partners, L.P., Symphony Capital GP, L.P., Symphony GP, LLC, and Symphony Strategic Partners, LLC ("Symphony" and, together with Lead Plaintiff, the "Parties") hereby stipulate as follows:

WHEREAS, on April 17, 2015 Symphony filed a motion to certify the Court's February 20, 2015 Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), and set the hearing on the motion for May 22, 2015 at 10:00 a.m. (Dkt. No. 129);

WHEREAS, Lead Plaintiff stated in its opposition to the motion that the May 22, 2015 hearing date was inconvenient (Dkt. No. 131);

WHEREAS, Symphony offered to reset the hearing for a more convenient date; and

WHEREAS, the Parties have agreed to continue the hearing on the motion to June 5, 2015 at 10:00 a.m.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED that,

1. The hearing on Symphony's motion to certify the Court's February 20, 2015 Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b) is continued to June 5, 2015 at 10:00 a.m.

Dated: May 6, 2015         SHEARMAN & STERLING LLP

By: ___/s/ Emily V. Griffen___
    Emily V. Griffen

Attorneys for Defendants Symphony Capital Partners, L.P., Symphony Capital GP, L.P., Symphony GP, LLC, Symphony Strategic Partners, LLC and Mark Kessel

FARUQI & FARUQI, LLP

By: ___/s/ Richard W. Gonnello___
    Richard W. Gonnello

Attorneys for Lead Plaintiff Khaled Khalafallah

\* \* \*

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 | DATED: May 8, 2015

_____
Hon. Charles R. Breyer